**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
GUOXIN SHAO,

                   Plaintiff,

    -against-                                       22 **CIVIL** 6553 (JPO)

                                                                **JUDGMENT**

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

                   Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated December 13, 2022, this action be, and hereby is, dismissed without prejudice for failure to prosecute or follow a Court order, pursuant to Federal Rule of Civil Procedure 41(b); accordingly, the case is closed.

**Dated:**  New York, New York

       December 14, 2022

                                                                      **RUBY J. KRAJICK**

                                                                     _____
                                                                     **Clerk of Court**

                                     **BY:**     *K. Mango*

                                                                     _____
                                                                     **Deputy Clerk**